NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000144
13-JUN-2018
08:31 AM**

NO. CAAP-17-0000144

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


KAREN N. MEDEIROS, Claimant-Cross-Appellant,
v.
STATE OF HAWAI'I, DEPARTMENT OF EDUCATION,
Employer-Appellant, Self-Insured.


APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2013-233 (7-09-10221))

ORDER GRANTING THE MAY 4, 2018
STIPULATION FOR DISMISSAL OF APPEAL
(By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal" (**Stipulation**), it appears that Appeal No. CAAP-17-0000144 has not been docketed, and that the parties seek to dismiss the appeal pursuant to Rule 42 of the Hawai'i Rules of Appellate Procedure (HRAP). Consequently, pursuant to HRAP Rule 42(a), which is applicable where no record on appeal has been docketed,

IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, June 13, 2018.


Chief Judge

Associate Judge

Associate Judge